DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:03CR00261 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Mirl Wilson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Jackie Johnson appeared before this Court on April 18, 2011. A report and recommendation was filed on March 18, 2011. (See docket #61). The Court adopts the report and recommendation of Magistrate Judge Georg J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons until 12:00 noon on May 4, 2011, at which time the defendant is to be released to his Probation Officer, Suzanne Wilkens, who will deliver the defendant to the Salvation Army. Upon release to the Salvation Army defendant's period of supervised release is terminated.

IT IS SO ORDERED.

| | |
|---|---|
| April 19, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |